NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**KARISSA WIGGINS,**
*Claimant-Appellant*

**v.**

**DOUGLAS A. COLLINS, Secretary of Veterans Affairs,**
*Respondent-Appellee*

---

2026-1053

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 24-4591, Judge Amanda L. Meredith, Judge Joseph L. Toth, and Judge Grant Jaquith.

---

**ON MOTION**

---

Before DYK, *Circuit Judge*.

**O R D E R**

The Secretary of Veterans Affairs submits a motion to dismiss this appeal as moot. Karissa Wiggins opposes and requests that the motion be denied or, in the alternative, "referred to the merits panel and deferred for argument and decision together with the fully-briefed appeal," ECF No. 86-1 at 2. The Secretary replies.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is deferred to the merits panel assigned to this appeal. The Clerk of Court shall transmit a copy of the motion papers and this order to that panel.

(2) This case is ready to be assigned to a merits panel. Any further filings will be forwarded to that panel.

FOR THE COURT

September 15, 2026
Date

Jarrett B. Perlow
Clerk of Court